## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**COREY DUPREL MORRIS,**
**county jail inmate #047882**                                                         **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO.   3:07-cv-743-TSL-JCS**

**MALCOLM MCMILLIAN and and STANLEY MARTIN**                          **DEFENDANTS**

<u>ORDER</u>

The plaintiff, an inmate currently incarcerated in the Hinds County Detention Center, filed this complaint pursuant to 42 U.S.C. § 1983.  The named defendants are Malcolm McMillian, Sheriff of Hinds County; and Stanley Martin, Hinds County Sheriff's Deputy. On January 24, 2008, this Court entered an order directing Plaintiff to file a written response providing more information regarding his claims.  On February 1, 2008, the Plaintiff filed his response, which appears on the docket as a "letter", document number 11.  Upon initial review of the plaintiff's complaint and response [11], it is hereby,

ORDERED AND ADJUDGED that the plaintiff within 20 days of the date of this order shall provide this court with the civil action number of every civil action or appeal which the plaintiff has had dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted.  Plaintiff shall also provide the name of the court and name(s) of defendant(s) in each civil action identified.

IT IS FURTHER ORDERED that the United States District Clerk is hereby directed to issue summons to the defendants:

**Sheriff Malcolm McMillian**
**Hinds County Detention Center**

**407 E. Pascagoula St.**
**Jackson, MS 39201**

**Deputy Stanley Martin**
**Hinds County Detention Center**
**407 E. Pascagoula St.**
**Jackson, MS 39201**

The defendants are required to file a response to the complaint. The Clerk is directed to attach a copy of this Order to each complaint and response [11] that will be served on the named defendants. The United States Marshal shall serve the same pursuant to 28 U.S.C. § 1915(d).

IT IS FURTHER ORDERED that the defendants file their answer or other responsive pleading in this cause in accordance with the *Federal Rules of Civil Procedure* and the Local Rules of this Court.

IT IS FURTHER ORDERED that subpoenas shall not be issued except by order of the Court. The United States District Clerk shall not issue subpoenas upon request of the *pro se* litigant, but shall instead forward the request to the Magistrate Judge assigned to this cause for review. The plaintiff shall submit all request for the issuance of subpoenas to this office for review.

**The plaintiff should understand that this Order allowing process to issue against the above named defendants does not reflect any opinion of this Court that the claims contained in the complaint will or will not be determined to be meritorious.**

It is the plaintiff's responsibility to prosecute this case. Failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed as a

2

purposeful delay and contumacious act by the plaintiff and may result in the dismissal of this case.

THIS the 7th day of  February, 2008.


s/James C. Sumner
UNITED STATES MAGISTRATE JUDGE