IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

COREY DUPREL MORRIS                                    PLAINTIFF

VS.                                           CIVIL ACTION NO. 3:07cv743-JCS

MALCOLM McMILLIN, ET AL.                            DEFENDANTS

## JUDGMENT

For the reasons set forth in the Order entered this date, the Court hereby dismisses this case without prejudice as to all Defendants. Accordingly, it is hereby

ORDERED AND ADJUDGED that judgment be and is entered in favor of the Defendants, and this entire action is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the ___6th___ day of February, 2009.

                                                    s/ James C. Sumner
                                              UNITED STATES MAGISTRATE JUDGE